CHAIM LOEFFLER, Appellant, v SIRIUS AMERICA INSURANCE COMPANY et al., Defendants, and OHIO CASUALTY GROUP, Respondent. [919 NYS2d 379]—

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action (see *Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (see CPLR 5501 [a] [1]; *Loeffler v Sirius Am. Ins. Co.*, 82 AD3d 1172 [2011] [decided herewith]). Mastro, J.P., Skelos, Balkin and Roman, JJ., concur.